UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENTRELL D. WELCH,

                Plaintiff

v.

ISIRIDO BACA et al.,

                Defendants

Case No. 3:20-cv-00079-MMD-CLB

ORDER

**I.    DISCUSSION**

Plaintiff seeks an extension of time to file his first amended complaint on or before August 15, 2020. (ECF No. 42). The Court grants the motion for extension of time. Plaintiff shall file his first amended complaint on or before Monday, August 17, 2020. If Plaintiff fails to file a timely first amended complaint, this action will proceed immediately on the claims for First Amendment retaliation against Defendant Irvin (claim 1) and Fourteenth Amendment denial of access to the grievance procedure against Defendants Hannah, Hughes, and Gerbaldi (claim 2) only. (*See* ECF No. 33 at 13).

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 42) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before Monday, August 17, 2020.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will proceed immediately on the claims for First Amendment retaliation against Defendant Irvin (claim 1) and Fourteenth Amendment denial of access to the grievance procedure against Defendants Hannah, Hughes, and Gerbaldi (claim 2) only.

DATED this 20th day of July 2020.

_____
UNITED STATES MAGISTRATE JUDGE