**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

KENTRELL WELCH,

                Plaintiff,

   v.

ISIDRO BACA, *et al.*,

                Defendants.

Case No. 3:20-CV-0079-MMD-CLB

**ORDER DENYING PLAINTIFF'S REQUEST FOR TRANSCRIPTS**

[ECF No. 129]

Before the Court is Plaintiff Kentrell Welch's ("Welch") request for transcripts (ECF No. 129.) Welch has requested transcripts of the following hearings:

    1.    Telephonic status conference with the Court held on 3/31/2021;

    2.    Telephone call with the Federal Public Defenders Office held on 3/5/2021;

    3.    The video global settlement conference held on 6/29/2021.

As an initial matter, the Court is unsure if Welch is asking for these transcripts to be prepared at government expense. If so, the Court denies that request. See 28 U.S.C. § 753(f); *Henderson v. United States*, 734 F.2d 483 (9th Cir. 1984). Any transcripts Welch would like prepared must be at his own expense and ordered on the Court's Transcript Order Form. The Clerk is directed to send Welch the form. Welch may order a transcript of the telephonic status conference held on 3/31/2021 to be prepared at his own expense.

Second, the Court does not have any record of Welch's communications with the Federal Public Defenders Office on 3/5/2021 or any other date.

Finally, Welch has requested a transcript of the global settlement conference held on 6/29/2021. (WCF No. 119.) A settlement conference is confidential and no aspect of the conference shall be disclosed on the record. Therefore, no recording of the settlement conference exists from which to create a transcript.

Plaintiffs request for transcripts, (ECF No. 129), is **DENIED**.

**DATED**: ___August 20, 2021___.

_____
**UNITED STATES MAGISTRATE JUDGE**