**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KENTRELL WELCH,<br><br>  Plaintiff,<br><br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>  Defendants. | Case No. 3:20-CV-0079-MMD-CLB<br><br>**ORDER RE THE FILING<br>OF RESPONSES** |

Due to the number of filings by Plaintiff, Defendants shall not file an opposition or response to any motion or paper filed by Plaintiff unless and until ordered to do so by this Court. Defendants shall continue to participate in discovery as set forth by the Court's scheduling order and comply with all deadlines listed in that order.

DATED: December 6, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**