**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| KENTRELL WELCH,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:20-CV-0079-MMD-CLB<br><br>**ORDER DENYING MOTION TO COMPEL**<br><br>[ECF Nos. 169, 170] |

　　　Before the Court is Plaintiff Kentrell Welch's ("Welch") motion to compel. (ECF Nos. 169, 170.)[1] Welch is seeking an order requiring Defendants to answer his third set of requests for production. Defendants returned the third set to Welch with a letter dated November 17, 2021 advising Welch that he had exceeded the twenty-five of requests for production that the Court limited in its scheduling order, (ECF No. 145). (ECF No. 170, pg. 6.)

　　　Not only did Welch fail to meet and confer with opposing counsel in accordance with LR 16-1(c) before filing this motion, but Defendants are also correct in their letter dated November 17, 2021. (ECF No. 170.) The Court's scheduling order limited Welch to "twenty-five written requests for production, including discreet subparts" and Welch will not be permitted to exceed that number. (ECF No. 145.)  Therefore, Welch's motion to compel is **DENIED**. (ECF Nos. 169, 170.)

　　　**DATED**: December 6, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court construes Welch's supporting motion to compel, (ECF No. 170), as points and authorities in support of his motion to compel. (ECF No. 169.)