**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ISIRIDO BACA, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:20-CV-00079—MMD-CLB<br><br>**ORDER DENYING MOTION FOR COPIES**<br><br>[ECF No. 236] |

　　　Before the Court is Plaintiff Kentrell D. Welch's ("Welch") motion for copies. (ECF No. 236.) However, in the motion, Welch requests that the Court provide him copies of ECF Nos. 76-90 at the Court's expense. These filings consist of over 500 pages of documents. (ECF Nos. 76-90.) It is not the Court's obligation to provide litigants, even indigent ones, with copy services. Therefore, the Court denies Welch's request for copies and directs the Clerk of Court to provide Welch with a copy order form. If Welch requires copies of these filings, he may send the copy order form directly to the Clerk's Office and order copies of these documents at his own expense. Accordingly, Welch's motion, (ECF No. 236), is **DENIED**.

　　　**IT IS SO ORDERED.**

　　　**DATED**: 10/18/2024　　　.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**